[No. 16311-0-II.   Division Two.   October 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMERRIL M. DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-04368-1, Thomas R. Sauriol, J., entered

July 23, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.